BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

SHEILA PAULETTE MOLTER,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

Defendant.

CIVIL NO. 2:09-CV-1113-GGH

STIPULATION AND ORDER TO EXTEND TIME

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 15) be extended 45 days from January 15, 2010 to March 1, 2010.

Defendant apologizes for any inconvenience that this late filing may have caused the Court. This Stipulation is late due to a clerical error resulting in an untimely notification that Plaintiff's Motion had been filed. Further, counsel of record is out of the office for five weeks on sick leave. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

///

///

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: February 1, 2010

*/s/ Richard Allen Whitaker*
(As authorized via phone)
RICHARD ALLEN WHITAKER
Attorney for Plaintiff

Dated: February 1, 2010

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Of Counsel:
KATHRYN R. WATSON
Assistant Regional Counsel, Region IX
Social Security Administration

**IT IS SO ORDERED; No further extensions:**

Dated: February 5, 2010

/s/ Gregory G. Hollows

THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

molter.eot2