1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12

13 SHEILA PAULETTE MOLTER,            )
                                      )    CIVIL NO. 2:09-CV-1113-GGH
14     Plaintiff,                     )
                                      )    STIPULATION AND ORDER TO EXTEND
15     v.                             )    TIME
                                      )
16 MICHAEL J. ASTRUE,                 )
   Commissioner of                    )
17 Social Security,                   )
                                      )
18     Defendant.                     )
   _____)

19

20     The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21 Motion for Summary Judgment (Doc. # 15) be extended 45 days from January 15, 2010 to March 1,

22 2010.

23     Defendant apologizes for any inconvenience that this late filing may have caused the Court.  This

24 Stipulation is late due to a clerical error resulting in an untimely notification that Plaintiff's Motion had

25 been filed.  Further, counsel of record is out of the office for five weeks on sick leave.  This is

26 Defendant's first request for an extension of time to respond to Plaintiff's motion.

27 ///

28 ///

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: February 1, 2010                /s/ *Richard Allen Whitaker*
                                        (As authorized via phone)
                                        RICHARD ALLEN WHITAKER
                                        Attorney for Plaintiff

Dated: February 1, 2010                LAWRENCE G. BROWN
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Theophous H. Reagans*
                                        THEOPHOUS H. REAGANS
                                        Special Assistant U.S. Attorney

Of Counsel:
KATHRYN R. WATSON
Assistant Regional Counsel, Region IX
Social Security Administration

**IT IS SO ORDERED; No further extensions:**

Dated: February 5, 2010                /s/ Gregory G. Hollows
                                        _____
                                        THE HONORABLE GREGORY G. HOLLOWS
                                        United States Magistrate Judge

molter.eot2